BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED
OCT 19 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>IGNACIO FAVELA-MENDOZA,<br>    Defendant. | MAG. NO.  07-0212-kjm<br><br>MOTION TO DISMISS<br>AND (proposed) ORDER |

## MOTION

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against IGNACIO FAVELA-MENDOZA.

DATED: October 19, 2010

BENJAMIN B. WAGNER
Acting United States Attorney

/s/ Michelle Rodriguez
By _____
   MICHELLE RODRIGUEZ
   Assistant U.S. Attorney

## ORDER

The United States' motion to dismiss without prejudice the Complaint in MAG No. 07-0212-kjm against defendant IGNACIO FAVELA-MENDOZA is GRANTED.

DATED: 10/19/10

_____
HON. DALE A. DROZD
U.S. Magistrate Court Judge